UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>PEGATRON CORPORATION,<br><br>      Defendant. | Case No. 5:13-mc-80087-EJD<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 17 |

Plaintiffs have filed an administrative motion to consider whether case number 5:15-cv-02584 LHK, <u>InterDigital Technology Corporation et al. v. Pegatron Corporation</u>, is related to the case captioned above. The court has carefully reviewed these actions and finds they are not related according to the requirements provided by Civil Local Rule 3-12. Accordingly, these two cases shall not be related and a reassignment of cases to the undersigned shall not occur.

**IT IS SO ORDERED.**

Dated: June 15, 2015

                                              EDWARD J. DAVILA
                                              United States District Judge

Case No.: 5:13-mc-80087-EJD
ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED