UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | Case No. 15-CV-02584-LHK<br><br>**SUA SPONTE JUDICIAL REFERENCE FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Beth L. Freeman to determine whether it is related to *Asus Computer International v. InterDigital, Inc.*, No. 15-CV-1716-BLF.

**IT IS SO ORDERED.**

Dated: June 15, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge