UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No.  15-cv-01716-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>[Re: ECF 45] |

On June 16, 2015, Plaintiffs Asus Computer International and Asustek Computer Incorporated filed an *ex parte* application for a temporary restraining order and preliminary injunction. Plaintiffs represent to the Court that they provided Defendants' counsel with written notice of their intent to file the application on June 16, 2015. *See* ECF 45 at 1.

Defendants are HEREBY ORDERED to file a response to Plaintiffs' application, not to exceed fifteen (15) pages, no later than Monday, June 22, 2015. Plaintiffs may file a reply, not to exceed five (5) pages, by Wednesday, June 24, 2015. This briefing is limited **only** to the Plaintiffs' request for a Temporary Restraining Order. A hearing on this matter shall be held on **Wednesday, July 1, 2015 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: June 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge