UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No. 15-cv-01716-BLF <br><br> **ORDER REGARDING REDACTION OF MOTION TO COMPEL ARBITRATION, MOTION FOR PRELIMINARY INJUNCTION, AND MOTION TO STAY DISCOVERY ORDER** <br><br> [Re: ECF 90] |

The Court has filed its order on Defendants' motion to compel arbitration, Plaintiffs' motion for preliminary injunction, and Defendants' motion to stay discovery under seal because it contains information that the Court previously allowed to be filed under seal due to their highly confidential and business sensitive nature. *See e.g.*, ECF No. 39. This order will be separately transmitted to the parties in this case. The order filed under seal contains highlighted portions that are potentially sealable under the Court's past sealing orders. The parties are ordered to meet and confer and by no later than September 1, 2015 and submit proposed redactions to the Court's order (to the extent any further redaction is required), as well as a supporting declaration and proposed order. The parties are also encouraged to inform the Court if any portion that is already highlighted does not need to be redacted and are reminded that redactions are to be narrowly tailored. If no proposed redactions are received by 11:59 p.m. on September 1, 2015, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
BETH LABSON FREEMAN
United States District Judge