# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-01716-BLF <br><br> **ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE FOR OCTOBER 27, 2016** <br><br> [Re:  ECF 93] |

Based on the Arbitral Tribunal's Decision on Arbitrability, the Court LIFTS the stay in this case and SETS a Case Management Conference for October 27, 2016 at 11:00 a.m.  The parties shall file a joint case management statement by October 20, 2016.

**IT IS SO ORDERED.**

Dated: July 15, 2016

BETH LABSON FREEMAN
United States District Judge