# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL, INC., et al.,<br><br>         Defendants. | Case No.  15-cv-01716-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 111] |

Defendants move to file under seal portions of the Answer and Counterclaim. ECF 111, Ex. A. Defendants seek to redact portions of the Answer and Counterclaim that reference the parties' Patent License Agreement, which the Court has previously found sealable under the "compelling reasons" standard set forth in *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). *See* ECF 110.

The Court has reviewed Defendants' proposed redactions at lines 21-24 on page 22 of Exhibit A, and finds that they are narrowly tailored and seek only to seal confidential information, consistent with Civil Local Rule 79-5(d)(1)(C). As such, Defendants' motion to file this document under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge