Brian Nester, (*pro hac vice*)
bnester@sidley.com
Anna M. Weinberg (*pro hac vice*)
aweinberg@sidley.com
Brian P. Johnson (*pro hac vice*)
bpjohnson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Mike Bettinger (SBN 122196)
mbettinger@sidley.com
Ezekiel L. Rauscher (SBN 269141)
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiffs
ASUS COMPUTER INTERNATIONAL,
ASUSTEK COMPUTER INCORPORATED

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone (312) 853-7000
Facsimile: (312) 853-7036

David S. Steuer, (SBN 127059)
dsteuer@wsgr.com
Michael B. Levin, (SBN 172329
mlevin@wsgr.com
Maura L. Rees, (SBN 191698)
mrees@wsgr.com
Matthew R. Reed, (SBN 196305)
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
InterDigital, Inc.; InterDigital Communications,
Inc.; InterDigital Technology Corporation; IPR
Licensing, Inc.; and InterDigital Patent Holdings,
Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ASUS COMPUTER INTERNATIONAL; and
ASUSTEK COMPUTER INCORPORATED,

        Plaintiffs,

    vs.

INTERDIGITAL, INC.; INTERDIGITAL
COMMUNICATIONS, INC.; INTERDIGITAL
TECHNOLOGY CORPORATION; IPR
LICENSING, INC. and INTERDIGITAL
PATENT HOLDING, INC.,

        Defendants.

Case No.  5:15-cv-01716 BLF

**STIPULATION AND [PROPOSED]
ORDER TO DISMISS WITHOUT
PREJUDICE PORTIONS OF EACH OF
CLAIMS I-VI AND VIII PERTAINING TO
INTERDIGITAL'S ALLEGED
OBLIGATIONS AND ACTIVITIES
INVOLVING IEEE**

WHEREAS, on April 15, 2015, Plaintiffs ASUS Computer International and ASUSTeK Computer Incorporated (collectively, "Asustek") filed a complaint in this Court against Defendants InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc. (collectively, "InterDigital") asserting seven (7) claims in Counts I-VII ("Complaint");

WHEREAS, on August 8, 2016, Asustek amended its Complaint, asserting Counts I-VI and VIII and indicating that Count VII would be resolved in the parties' then-pending arbitration ("Amended Complaint");

WHEREAS, each of Counts I-VI and VIII of the Amended Complaint includes allegations pertaining to InterDigital's patent portfolio and alleged obligations and activities involving two standard setting bodies: the European Telecommunications Standardization Institute ("ETSI") and the Institute of Electrical and Electronics Engineering Standards Association ("IEEE"); and

WHEREAS, the parties seek to remove from this lawsuit all issues relating to IEEE 802 patents and/or Asustek's standalone IEEE 802 products while preserving any and all rights to assert any claims or defenses relating to IEEE 802 standards, patents and products.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:

1.   The parties hereby stipulate to dismissal without prejudice of those portions of each of Counts I-VI and VIII in the Amended Complaint seeking relief for InterDigital's alleged obligations and activities associated with IEEE 802 standards, patents and products.

2.   The parties reserve all rights to assert any claims or defenses related to InterDigital's alleged obligations and activities associated with IEEE standards.

3.   The parties further stipulate that neither party can use this stipulation, any order resulting therefrom, or the pleadings or discovery responses in this action, in any future dispute relating to IEEE 802 standards, patents or products, whether to support any infringement allegation (including willfulness), any claim or defense related to breach of alleged obligations and activities associated with IEEE standards, or for any other purpose.

4.   The parties further stipulate that each side shall bear its own costs with respect to the portions of claims dismissed by this stipulation.

1

2

3                                          Respectfully submitted,

4                                            SIDLEY AUSTIN LLP

5

6   Dated:  March 22, 2018                 By:*/s/ Brian Nester*
                                              Brian Nester
7
                                              Attorneys for Plaintiffs
8                                             *ASUS COMPUTER INTERNATIONAL, and*
                                              *ASUSTEK COMPUTER INCORPORATED*
9

10                                           WILSON SONSINI GOODRICH & ROSATI

11

12                                          By:*/s/ Michael Levin*
                                              Michael Levin
13
                                              Attorneys for Defendants
14                                            *InterDigital, Inc.; InterDigital*
                                              *Communications, Inc.; InterDigital*
15                                            *Technology Corporation, IPR Licensing, Inc.;*
                                              *and InterDigital Patent Holdings, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE IEEE 802 ISSUES – 5:15-cv-01716 BLF

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 23_____, 2018

The Honorable Beth L. Freeman
United States District Judge

229797990v.1