UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL, and others,

        Plaintiffs,

    v.

INTERDIGITAL, INC., and others,

        Defendant.

Case No. 15-cv-01716 BLF (NC)

**ORDER IN PREPARATION FOR MARCH 28 DISCOVERY HEARING**

The arrival of spring has delivered to the Court more than 700 pages of disputed discovery materials in this case, all presented for hearing on March 28. Counsel are ordered to confer further in an effort to reduce or resolve these many discovery disputes. At the hearing, each party must be prepared to prioritize the three discovery issues of most importance to it. Finally, each party must be prepared to address: (1) whether the discovery sought is proportional to the needs of the case at this juncture, given that the fact discovery deadline was March 16; (2) the diligence shown in pursuing this discovery; and (3) whether it has been reasonable in responding to compromises offered by the adversary.

**IT IS SO ORDERED.**

Dated: March 23, 2018

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge