UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL, and others,

        Plaintiffs,

    v.

INTERDIGITAL, INC., and others,

        Defendant.

Case No. 15-cv-01716 BLF (NC)

**ORDER RE: MOTIONS TO SEAL**

Presented to the Court are nine motions to seal at docket numbers 144, 147, 155, 159, 163, 165, 167, 169, and 172. These motions are paired with discovery disputes.

To assist with the efficient administration of justice, the Court orders plaintiffs to file by noon on March 28 a single proposed order that addresses all nine motions to seal. The Court recommends a chart. The proposed order must identify the specific matter to be sealed (identifying what it is and where it appears in the record, e.g. by docket number, and the specific page and line numbers to be sealed); which party seeks sealing; whether the request is agreed to or opposed; if opposed, identify where in the record an opposition has been filed; and stating the asserted rationale for sealing.

To be clear, the Court does not desire attachments to the proposed order and does not wish a refiling of the many hundreds of pages that are referenced in the sealing motions.

**IT IS SO ORDERED.**

Dated: March 26, 2018

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge

Case No. 15-cv-01716 BLF (NC)