# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, and others,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., and others,<br><br>Defendant. | Case No. 15-cv-01716 BLF (NC)<br><br>**ORDER ON DISCOVERY BRIEFS AT DKT. NOS. 162, 166** |

On March 23, mere hours after I issued an order lamenting the volume of last-minute discovery motions in this case, plaintiff filed two more unilateral discovery motions pertaining to requests for document production numbered 50, 53, 63, 21, 22, 51, 52, and 56. Dkt. Nos. 162, 166. Defendants opposed the motions at Dkt. Nos. 170, 171.

No hearing is needed. The motions are denied due to insufficient and tardy meet and confer. Furthermore, given the lack of diligence shown in pursuing this discovery until after the end of fact discovery, and the many other discovery issues that apparently were a higher priority, plaintiffs have not shown this requested discovery is proportional to the needs of the case under Fed. R. Civ. P. 26.

The Court, again, encourages the parties to communicate with each other on the remaining disputed discovery issues.

**IT IS SO ORDERED.**

Dated: March 26, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-01716 BLF (NC)