| | |
|---|---|
| Brian Nester, (*pro hac vice*) | Richard A. Cederoth (*pro hac vice*) |
| bnester@sidley.com | rcedertoth@sidley.com |
| Anna M. Weinberg (*pro hac vice*) | David C. Giardina (*pro hac vice*) |
| aweinberg@sidley.com | dgiardina@sidley.com |
| Brian P. Johnson (*pro hac vice*) | SIDLEY AUSTIN LLP |
| bpjohnson@sidley.com | One South Dearborn Street |
| SIDLEY AUSTIN LLP | Chicago, Illinois 60603 |
| 1501 K Street, N.W. | Telephone (312) 853-7000 |
| Washington, D.C. 20005 | Facsimile: (312) 853-7036 |
| Telephone: (202) 736-8000 | |
| Facsimile: (202) 736-8711 | |
| | |
| Mike Bettinger (SBN 122196) | David S. Steuer, (SBN 127059) |
| mbettinger@sidley.com | dsteuer@wsgr.com |
| Ezekiel L. Rauscher (SBN 269141) | Michael B. Levin, (SBN 172329) |
| erauscher@sidley.com | mlevin@wsgr.com |
| SIDLEY AUSTIN LLP | Maura L. Rees, (SBN 191698) |
| 555 California Street | mrees@wsgr.com |
| Suite 2000 | Matthew R. Reed, (SBN 196305) |
| San Francisco, CA 94104 | mreed@wsgr.com |
| Telephone: (415) 772-1200 | WILSON SONSINI GOODRICH & ROSATI |
| Facsimile: (415) 772-7400 | Professional Corporation |
| | 650 Page Mill Road |
| Attorneys for Plaintiffs | Palo Alto, California 94304-1050 |
| ASUS COMPUTER INTERNATIONAL, | Telephone: (650) 493-9300 |
| ASUSTEK COMPUTER INCORPORATED | Facsimile: (650) 565-5100 |
| | |
| | Attorneys for Defendants |
| | InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC. and INTERDIGITAL PATENT HOLDING, INC.,<br><br>Defendants. | Case No. 5:15-cv-01716 BLF<br><br>**STIPULATION TO WITHDRAW JOINT STATEMENTS OF DISCOVERY DISPUTES AND [PROPOSED] ORDER** |

WHEREAS, the following statements of discovery disputes have been filed by the parties and are pending before the Court:

| | |
|---|---|
| Dkt. # 143 | Parties' Joint Statement of Discovery Dispute re: Defendants' Withheld Documents in Response to ASUS RFPs 6-8, 10, 42 filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 146 | Parties' Joint Statement of Discovery Dispute Re: IDC's Withheld Documents in Response to RFPs 3, 9, 29, 30-32, and 44 filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 154 | Supplemental Exhibits In Support of Parties' Joint Statement of Discovery Dispute re: IDC's Withheld Documents in Response to RFPS 3, 9, 29, 30-32 and 44 (DKT No. 146) filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 158 | Parties' Joint Statement of Discovery Dispute Re: Defendants' Withholding of Documents in Response to ESI Search Term Requests filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. #164 | Parties' Joint Statement of Discovery Dispute Re: Plaintiffs' Deficient Document Production filed by IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., InterDigital Technology Corporation, InterDigital, Inc. |
| Dkt. #168 | Parties' Joint Statement of Discovery Dispute Re: Plaintiffs' Deficient Document Production filed by IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., InterDigital Technology Corporation, InterDigital, Inc. |

WHEREAS, on March 26 and 27, 2018 the parties engaged in further meet and confer discussions and have reached agreements to resolve all of the disputes currently pending before the Court;

2
STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DISPUTES – 5:15-cv-01716 BLF

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:

The statements of discovery disputes set forth above are WITHDRAWN. The hearing set for March 28, 2018 at 1:00 p.m. shall be taken off calendar.

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated: March 28, 2018         By: */s/ Brian Nester*
                                  Brian Nester

                              Attorneys for Plaintiffs
                              *ASUS COMPUTER INTERNATIONAL, and ASUSTEK COMPUTER INCORPORATED*

Dated: March 28, 2018         WILSON SONSINI GOODRICH & ROSATI

                              By: */s/ Michael B. Levin*
                                  Michael B. Levin

                              Attorneys for Defendants
                              *InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation, IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I, Michael B. Levin, hereby attest that I obtained the concurrence of Brian Nester in filing this document.

I declare under penalty of the laws of the United States that the foregoing is true and correct. Executed this 28th day of March, 2018 at Palo Alto, California.

　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Levin*
　　　　　　　　　　　　　　　　　　　Michael B. Levin