Brian Nester, (*pro hac vice*)
bnester@sidley.com
Anna M. Weinberg (*pro hac vice*)
aweinberg@sidley.com
Brian P. Johnson (*pro hac vice*)
bpjohnson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Richard A. Cederoth (*pro hac vice*)
rcedertoth@sidley.com
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone (312) 853-7000
Facsimile: (312) 853-7036

Mike Bettinger (SBN 122196)
mbettinger@sidley.com
Ezekiel L. Rauscher (SBN 269141)
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiffs
ASUS COMPUTER INTERNATIONAL,
ASUSTEK COMPUTER INCORPORATED

David S. Steuer, (SBN 127059)
dsteuer@wsgr.com
Michael B. Levin, (SBN 172329)
mlevin@wsgr.com
Maura L. Rees, (SBN 191698)
mrees@wsgr.com
Matthew R. Reed, (SBN 196305)
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC. and INTERDIGITAL PATENT HOLDING, INC.,<br><br>Defendants. | Case No.  5:15-cv-01716 BLF<br><br>**STIPULATION TO WITHDRAW JOINT STATEMENTS OF DISCOVERY DISPUTES AND  ORDER** |

WHEREAS, the following statements of discovery disputes have been filed by the parties and are pending before the Court:

| | |
|---|---|
| Dkt. # 143 | Parties' Joint Statement of Discovery Dispute re: Defendants' Withheld Documents in Response to ASUS RFPs 6-8, 10, 42 filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 146 | Parties' Joint Statement of Discovery Dispute Re: IDC's Withheld Documents in Response to RFPs 3, 9, 29, 30-32, and 44 filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 154 | Supplemental Exhibits In Support of Parties' Joint Statement of Discovery Dispute re: IDC's Withheld Documents in Response to RFPS 3, 9, 29, 30-32 and 44 (DKT No. 146) filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. # 158 | Parties' Joint Statement of Discovery Dispute Re: Defendants' Withholding of Documents in Response to ESI Search Term Requests filed by ASUS Computer International, ASUSTeK Computer Inc. |
| Dkt. #164 | Parties' Joint Statement of Discovery Dispute Re: Plaintiffs' Deficient Document Production filed by IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., InterDigital Technology Corporation, InterDigital, Inc. |
| Dkt. #168 | Parties' Joint Statement of Discovery Dispute Re: Plaintiffs' Deficient Document Production filed by IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., InterDigital Technology Corporation, InterDigital, Inc. |

WHEREAS, on March 26 and 27, 2018 the parties engaged in further meet and confer discussions and have reached agreements to resolve all of the disputes currently pending before the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:

The statements of discovery disputes set forth above are WITHDRAWN.  The hearing set for March 28, 2018 at 1:00 p.m. shall be taken off calendar.

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated:  March 28, 2018

By: */s/ Brian Nester*
Brian Nester

Attorneys for Plaintiffs
*ASUS COMPUTER INTERNATIONAL, and ASUSTEK COMPUTER INCORPORATED*

Dated:  March 28, 2018

WILSON SONSINI GOODRICH & ROSATI

By: */s/ Michael B. Levin*
Michael B. Levin

Attorneys for Defendants
*InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation, IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2018

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

**SIGNATURE ATTESTATION**

I, Michael B. Levin, hereby attest that I obtained the concurrence of Brian Nester in filing this document.

I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 28th day of March, 2018 at Palo Alto, California.


　　　　　　　　　　　　　　　　*/s/ Michael B. Levin*
　　　　　　　　　　　　　　　　Michael B. Levin