| | |
|---|---|
| 1 | DAVID S. STEUER, State Bar No. 127059 |
|   | dsteuer@wsgr.com |
| 2 | MICHAEL B. LEVIN, State Bar No. 172329 |
|   | mlevin@wsgr.com |
| 3 | MAURA L. REES, State Bar No. 191698 |
|   | mrees@wsgr.com |
| 4 | MATTHEW R. REED, State Bar No. 196305 |
|   | mreed@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 6 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 8 | |
|   | LUCY YEN, State Bar No. 224559 |
| 9 | lyen@wsgr.com |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 10 | Professional Corporation |
|   | 1301 Avenue of the Americas, 40th Floor |
| 11 | New York, NY 10019-6022 |
|   | Telephone: (212) 999-5800 |
| 12 | Facsimile: (212) 999-5899 |

Attorneys for Defendants
*InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED, | Case No.: 15-cv-1716 (BLF) |
| Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS** |
| v. | |
| INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION ; IPR LICENSING, INC. ; and INTERDIGITAL PATENT HOLDINGS, INC., | **JURY TRIAL DEMANDED** |
| | Hearing Date: June 7, 2018 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Beth Labson Freeman |
| Defendants. | |

**NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS**

PLEASE TAKE NOTICE THAT on June 7, 2018 at 9:00 a.m., or at such other date and time thereafter as the matter may be heard, at 280 South First Street, San Jose, California, InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc. (collectively, "InterDigital" or "Defendants") will move the Court for an order pursuant to Federal Rules of Civil Procedure 15(a) and 16(b) amending the Scheduling Order (*see* Dkt. Nos. 122, 142) and granting leave for InterDigital to file its First Amended Counterclaims (attached as Exhibit 1 to the Declaration of Lucy Yen) against Plaintiffs ASUS Computer International and ASUSTeK Computer Inc. (collectively, "Asustek" or "Plaintiffs").

This Motion will be based on the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Lucy Yen, the Proposed Order, the pleadings on file in this action, and upon such other matters presented to the Court at the time of hearing.

Dated: April 16, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David S. Steuer
　　　David S. Steuer

David S. Steuer
Michael B. Levin
Maura L. Rees
Matthew R. Reed
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Lucy Yen
WILSON SONSINI GOODRICH & ROSATI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

*Counsel for Defendants InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc.*