# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER STRIKING WITHOUT PREJUDICE PLAINTIFFS' OPPOSITION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 194, 195] |

Plaintiffs filed an opposition to Defendants' motion to amend the scheduling order and for leave to file first amended counterclaims. ECF 195. However, Plaintiffs' opposition is 19 pages and exceeds the 10 page limit set forth in Section E.1.b of the Court's Standing Order Regarding Civil Cases. The Court notes that Defendants filed a 10 page opening brief. ECF 190. Plaintiffs have not sought leave to exceed the page limits, and parties are expected to adhere to the Court's page limits. Accordingly, the Court STRIKES without prejudice Plaintiffs' opposition (ECF 195) for exceeding the page limit. For the same reasons, the Court STRIKES without prejudice Plaintiffs' administrative motion to file under seal portions of their opposition and related exhibits (ECF 194).

Plaintiffs may refile an opposition **on or before May 11, 2018.** Defendants may file their reply **on or before May 18, 2018.** The parties' briefing shall comply with the Court's Standing Order Regarding Civil Cases.

**IT IS SO ORDERED.**

Dated: May 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge