# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, ET AL.,<br><br>       Plaintiffs,<br><br>  v.<br><br>INTERDIGITAL, INC., et al.,<br><br>       Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER AND MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS**<br><br>[Re: ECF 190] |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' motion to amend the scheduling order and motion for leave to file first amended counterclaims (ECF 190) suitable for submission without oral argument and hereby VACATES the hearing scheduled for June 7, 2018.

**IT IS SO ORDERED.**

Dated: May 30, 2018

_____
BETH LABSON FREEMAN
United States District Judge