# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-01716-BLF <br><br> **ORDER RE: REDACTION OF ORDER DENYING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER, MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS** |

The Court's Order Denying Defendants' Motion to Amend the Scheduling Order, Motion for Leave to File First Amended Counterclaims (ECF 210) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature.  The parties are ordered to meet and confer by no later than June 19, 2018 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order.  If no proposed redactions are received by 11:59 p.m. on June 19, 2018, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: June 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge