# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-01716-BLF <br><br> **ORDER DENYING STIPULATED REQUEST TO AMEND THE SCHEDULING ORDER** <br><br> [Re: ECF 215] |

The parties filed a stipulated request to amend the scheduling order.  ECF 215.  In particular, the parties seek to reschedule the last day to hear dispositive motions to any date between October 25, 2018 and November 15, 2018.  *Id.* at 2.  Currently, the last day to hear dispositive motions is scheduled for October 11, 2018.  ECF 188.  Defendants state that if the Court is unavailable to hear the motions on November 15, 2018 or sooner, they oppose any extension to the schedule.  ECF 215 at 2.

The Court is unable to hear the parties' summary judgment motions between October 25, 2018 and November 15, 2018.  Accordingly, the parties' stipulated request is DENIED.

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
BETH LABSON FREEMAN
United States District Judge