UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERDIGITAL, INC., et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-01716-BLF<br><br>**ORDER REQUIRING DEFENDANTS TO FILE REDACTED VERSION OF THE COURT'S ORDER DENYING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER AND MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS**<br><br>[Re: ECF 214] |

On July 16, 2018, the Court granted Defendants' administrative motion to seal portions of the Court's Order Denying Defendants' Motion to Amend Scheduling Order and Motion for Leave to File First Amended Counterclaims. ECF 214. The Court directed Defendants to submit the redacted version of the Court's Order as a separate docket entry. *Id.* at 1–2. However, no redaction version has been filed to this date.

Accordingly, Defendants shall submit the redacted version of the Court's Order Denying Defendants' Motion to Amend Scheduling Order and Motion for Leave to File First Amended Counterclaims Order as a separate docket entry **on or before July 30, 2018**.

**IT IS SO ORDERED.**

Dated: July 25, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge