1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9

10   ASUS COMPUTER
     INTERNATIONAL, et al.,              Case No. 15-cv-01716-BLF (NC)
11
                     Plaintiffs,         **ORDER GRANTING IN PART AND**
12                                       **DENYING IN PART PLAINTIFFS'**
          v.                             **MOTION FOR LEAVE TO**
13                                       **SUPPLEMENT FACT AND EXPERT**
     INTERDIGITAL, INC., et al.,         **DISCOVERY**
14
                     Defendants.         Re: ECF 220, 237
15

16        ASUS moves to supplement fact and expert discovery after InterDigital served an

17   expert report that relied on previously unproduced material.[1]  Specifically, ASUS seeks

18   "an order directing InterDigital to produce expedited discovery on its previously produced

19   and unproduced [materials], including depositions of Mr. Grewe, Ms. McElvaine, Mr.

20   Merritt, and a Rule 30(b)(6) witness, and further seeks leave to serve an economic expert

21   report and a technical expert report responding to the challenged opinions."  ECF 220 at 1.

22        The Court GRANTS ASUS's request to supplement expert discovery by serving

23   economic and technical expert reports responding to InterDigital's expert.  InterDigital

24   may not seek further discovery (e.g. additional depositions) on ASUS's supplemental

25   reports.

26        The Court DENIES ASUS's request to compel further fact discovery, for lack of

27   _____

28   [1] The Court is deliberately vague in describing the materials, in an effort to respect the
     parties' claims of confidentiality.

*United States District Court*
*Northern District of California*

1   good cause.  The parties reached an earlier agreement establishing which of the disputed

2   materials InterDigital would produce, and the Court is disinclined to intrude upon that

3   agreement.  And to the extent ASUS has been prejudiced by InterDigital untimely

4   producing factual documents in conjunction with its expert report, the prejudice to ASUS

5   is sufficiently ameliorated by being permitted ASUS to supplement its own expert reports

6   in response.

7        In sum, the Court GRANTS IN PART and DENIES IN PART ASUS's motion.

8   ASUS may serve supplemental expert reports, but no other enlargement of discovery is

9   permitted at this time.

10        **IT IS SO ORDERED.**

11

12   Dated:  August 23, 2018                                        _____

13                                                                          NATHANAEL M. COUSINS
                                                                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Case No. 15-cv-01716-BLF                    2