Brian Nester (*pro hac vice)*
bnester@sidley.com
Michael R. Franzinger (SBN 222155)
mfranzinger@sidley.com
Anna M. Weinberg (*pro hac vice*)
aweinberg@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone (312) 853-7000
Facsimile: (312) 853-7036

Mike Bettinger (SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiffs
ASUS COMPUTER INTERNATIONAL,
ASUSTEK COMPUTER INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC. and INTERDIGITAL PATENT HOLDING, INC.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

The parties inform the Court that they were able to reach agreement to resolve several of the issues raised in Plaintiffs' Motion to Strike Portions of Expert Reports or, in the Alternative, to Supplement Fact and Expert Discovery (ECF No. 220) ("Motion to Strike").  In addition, in resolving several additional issues, Magistrate Judge Cousins issued an order (ECF No. 247) granting in part and denying in part plaintiffs' motion for leave to supplement fact and expert discovery, permitting ASUS to serve certain supplemental expert reports.  ASUS believes there is still an issue that remains to be decided by this Court.

Pursuant to the Court's Order (ECF No. 226) directing the parties to jointly propose a briefing schedule for any issues remaining to be decided after Magistrate Judge Cousins's order on the referred aspects of the Motion to Strike, the parties submit this Joint Proposed Briefing Schedule.

The table below shows the proposed deadlines for this motion for the issue remaining to be decided:

| Event | Proposed Deadline |
|---|---|
| ASUS files 2-page Update to Opening Brief | October 1, 2018 |
| InterDigital files Opposition Brief | October 15, 2018 |
| ASUS files Reply Brief | October 22, 2018 |

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the proposed deadlines shown above are adopted for this case.

Dated: _____       _____
                              THE HONORABLE BETH LABSON FREEMAN
                              United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 31, 2018 | SIDLEY AUSTIN LLP |

By: */s/ Michael R. Franzinger*
Brian Nester (*pro hac vice*)
bnester@sidley.com
Michael R. Franzinger (SBN 222155)
mfranzinger@sidley.com
Anna M. Weinberg (*pro hac vice*)
aweinberg@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Mike Bettinger (SBN 269141)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Plaintiffs*
ASUS COMPUTER INTERNATIONAL, and
ASUSTEK COMPUTER INCORPORATED

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: August 31, 2018 | WILSON SONSINI GOODRICH & ROSATI |

By: /s/      *Michael B. Levin*

David S. Steuer
Michael B. Levin
Maura L. Rees
Matthew R. Reed
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
 Facsimile: (650) 493-6811


Lucy Yen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Counsel for Defendants InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), counsel for plaintiffs ASUS Computer International and ASUSTeK Computer Inc. has obtained concurrence of Michael B. Levin, counsel for defendants InterDigital, Inc; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc., in the filing of this Stipulated Request for Proposed Briefing Schedule.

DATED: August 31, 2018

By: */s/ Michael R. Franzinger*
Brian Nester (*pro hac vice*)
Michael R. Franzinger
Anna M. Weinberg (*pro hac vice*)
Mike Bettinger
Richard A. Cederoth (*pro hac vice*)
David C. Giardina (*pro hac vice*)

*Attorneys for Plaintiffs*
ASUS COMPUTER INTERNATIONAL, and
ASUSTEK COMPUTER INCORPORATED