UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER RE DAUBERT MOTION SCHEDULE**<br><br>[Re: ECF 256] |

The parties have stipulated to proposed deadlines for *Daubert* motions. ECF 256. The Court adopts the parties' proposed deadlines, as depicted in the table below:

| Event | Deadline |
|---|---|
| *Daubert* Motions Filed | November 14, 2018 |
| Oppositions Filed | December 5, 2018 |
| Replies Filed | December 19, 2018 |

The parties have further indicated that they have reserved a *Daubert* motion hearing. ECF 256. However, motions shall be filed within 14 days after a hearing date is reserved. *See* Judge Freeman's Standing Order for Civil Cases at 1. Thus, if the *Daubert* motions are not filed within 14 days of when the existing reservation was made, the reservation will expire. In such an event, the parties should make a new reservation no earlier than 14 days before the *Daubert* motions are filed. The *Daubert* motion hearing is to be at least 60 days before trial. *See* ECF 188.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
BETH LABSON FREEMAN
United States District Judge