# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER RE SCHEDULING DAUBERT MOTION HEARING**<br><br>[Re: ECF 270] |

The parties seek clarification as to Daubert motion deadlines pursuant to the Court's Order re Daubert Motion Schedule (ECF 257). *See* ECF 270. Previous clarification as to Daubert motion scheduling was sought on August 3, 2018, *see* ECF 223, and the Court confirmed Defendants' understanding as set forth in their August 3, 2018, letter, *see* ECF 225.

The August 3, 2018, letter acknowledges the Court's rule that motions are to be filed within 14 days after reserving a date. On September 11, 2018, the parties reserved a hearing date (of February 14, 2019), and thus the Daubert motions are due to be filed no later than September 25, 2018.

Nonetheless, the parties seek further clarification. ECF 270. To hold the February 14, 2019, hearing date, the Daubert motions must be filed no later than September 25, 2018. If the parties do not file the motions by September 25, 2018, they may attempt to make a new reservation that complies with the Court's Order re Daubert Motion Schedule (ECF 257). If no reservation is available, the Daubert motions may be contained within the parties' respective five motions in limine, limited to five pages each.

**IT IS SO ORDERED.**

Dated: September 20, 2018

_____
BETH LABSON FREEMAN
United States District Judge