| | |
|---|---|
| 1 | DAVID S. STEUER, State Bar No. 127059 |
| | dsteuer@wsgr.com |
| 2 | MICHAEL B. LEVIN, State Bar No. 172329 |
| | mlevin@wsgr.com |
| 3 | MAURA L. REES, State Bar No. 191698 |
| | mrees@wsgr.com |
| 4 | MATTHEW R. REED, State Bar No. 196305 |
| | mreed@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, California 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 8 | |
| | LUCY YEN, State Bar No. 224559 |
| 9 | lyen@wsgr.com |
| | WILSON SONSINI GOODRICH & ROSATI |
| 10 | Professional Corporation |
| | 1301 Avenue of the Americas, 40th Floor |
| 11 | New York, New York 10019-6022 |
| | Telephone: (212) 999-5800 |
| 12 | Facsimile: (212) 999-5899 |
| 13 | Attorneys for Defendants |
| | *InterDigital, Inc.; InterDigital Communications, Inc.;* |
| 14 | *InterDigital Technology Corporation; IPR Licensing, Inc.;* |
| | *and InterDigital Patent Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED, | Case No.: 15-cv-1716 (BLF) |
| Plaintiffs, | **STATEMENT OF RECENT DECISION** |
| v. | Hearing Date: October 11, 2018 |
| INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; AND INTERDIGITAL PATENT HOLDINGS, INC., | Time: 9:00 a.m. |
| | Judge: Hon. Beth Labson Freeman |
| Defendants. | |

1 | Pursuant to Civil Local Rule 7-3(d)(2), InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc. (collectively, "InterDigital") submit this Statement of Recent Decision in connection with InterDigital's Motion for Summary Judgment (ECF No. 234), which is scheduled for hearing on October 11, 2018.

Attached hereto as Exhibit A is a true and correct copy of *Huawei Technologies Co. Ltd. v. Samsung Electronics Co., Ltd.*, Case No. 3:16-cv-02787-WHO, Order on Motions for Summary Judgment, Daubert Motions, Motions to Strike and Exclude - Redacted, ECF No. 418 (N.D. Cal.) (under-seal order filed September 25, 2018 as ECF No. 409; public redacted version filed October 4, 2018 as ECF No. 418).  Pages 13 through 23 of Exhibit A are relevant to InterDigital's Motion for Summary Judgment.

Dated:  October 5, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ David Steuer*
     David Steuer

*Attorneys for Defendants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc.*