# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No.  15-cv-01716-BLF <br><br> **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE SEALING MOTIONS AT ECF 262 AND ECF 287 WITHOUT PREJUDICE** <br><br> [Re: ECF 262, 287] |

Before the Court are Plaintiffs' administrative motions to file under seal portions of their opposition brief and exhibits, and reply brief and exhibits, in connection with the parties' motions for summary judgment.  ECF 262, 287.  However, Plaintiffs have failed to comply with Civil Local Rule 79-5(d)(1)(B), which requires a party seeking to file a document, or portions thereof, under seal to submit "[a] proposed order that is narrowly tailored to seal only the sealable material, and **which lists in table format each document or portion thereof** that is sought to be sealed." Civ. L.R. 79-5(d)(1)(B) (emphasis added and removed).

Here, Plaintiffs have failed to include any table format whatsoever within the proposed orders submitted with Plaintiff's administrative motions to seal (ECF 262 and ECF 287).  *See* Proposed Order at ECF 262-2; Proposed Order at ECF 287-2.  Thus, Plaintiffs have not complied with Civil Local Rule 79-5(d)(1)(B).

Accordingly, Plaintiffs' administrative motions to seal at ECF 262 and ECF 287 are DENIED without prejudice to Plaintiffs re-filing proposed orders that comply with the Civil Local Rules.  Any such proposed orders shall be re-filed **on or before October 17, 2018**.

**IT IS SO ORDERED.**

Dated: October 11, 2018

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California