| | |
|---|---|
| Brian Nester (*pro hac vice*) | Richard A. Cederoth (*pro hac vice*) |
| bnester@sidley.com | rcedertoth@sidley.com |
| Michael R. Franzinger (SBN 222155) | David C. Giardina (*pro hac vice*) |
| mfranzinger@sidley.com | dgiardina@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street, N.W. | One South Dearborn Street |
| Washington, D.C. 20005 | Chicago, Illinois 60603 |
| Telephone: (202) 736-8000 | Telephone (312) 853-7000 |
| Facsimile: (202) 736-8711 | Facsimile: (312) 853-7036 |

Mike Bettinger (SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiffs
ASUS COMPUTER INTERNATIONAL,
ASUSTEK COMPUTER INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC. and INTERDIGITAL PATENT HOLDING, INC., <br><br> Defendants. | Case No. 15-cv-01716-BLF <br><br> **ASUS'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STRIKE PORTIONS OF EXPERT REPORTS** <br><br> Hearing Date: January 17, 2019 <br> Time: 9:00 a.m. <br> Location: Courtroom 3, 5th Floor <br> Judge: Hon. Beth Labson Freeman |

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-7(e), ASUS Computer International and ASUSTEK Computer Incorporated ("ASUS") hereby withdraws ASUS's Motion to Strike Portions of Expert Reports, or In the Alternative for Leave to Supplement Fact and Expert Discovery ("Motion"), filed August 2, 2018 (ECF No. 220).  The only remaining issue in the Motion is whether the Court should strike references to Defendants' license offer letter and corresponding internal financial model dated April 12, 2018.  (ECF No. 294).  ASUS hereby withdraws its Motion as to the remaining issue.

DATED: October 15, 2018

By: */s/ Michael R. Franzinger*
Brian Nester (*pro hac vice*)
Michael R. Franzinger
Mike Bettinger
Richard A. Cederoth (*pro hac vice*)
David C. Giardina (*pro hac vice*)

*Attorneys for Plaintiffs*
ASUS COMPUTER INTERNATIONAL, and
ASUSTEK COMPUTER INCORPORATED