UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC. and INTERDIGITAL PATENT HOLDING, INC.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**[PROPOSED] ORDER GRANTING ASUS'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered ASUS's Administrative Motion to File Under Seal ("Motion") (ECF No. 262), the Declaration of Michael R. Franzinger in Support of the Motion ("Sealing Declaration") (ECF No. 262-2), and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested material under seal.

IT IS HEREBY ORDERED THAT ASUS's Motion is GRANTED.  Accordingly, the materials listed below shall be filed under seal as follows:

| Document | Page:Line |
| --- | --- |
| Exhibit A to Sealing Declaration | 1:21-24; 2:13-16; 2:25-3:12; 3:20-4:1; 4:3-6; 4:10-17, 4:20; 4:23-5:5; 5:8-15; 6:4-6; 6:14-15; 6:20-23; 7:5-8; 7:12-23; 8:15-17; 8:21-22; 9:4-14; 9:20-10:1; 10:4-8; 10:14-15, 10:19-20; 10:24-28; 11:3-6; 11:8-13; 11:15-16; 11:21-22; 11:24-28; 12:7; 12:20; 15:23-16:3; 16:5-12; 20:2-4; 20:8-13; 20:26; 21:1-3; 21:5-8; 21:13-26; 21:28-22:2; 22:18-22; 23:1-5; 23:7-8 |
| Exhibit B | Entirety |
| Exhibit C | Entirety |
| Exhibit D | Entirety |
| Exhibit E | 52:n.200; 53:1-9, 53:n. 201, 203, 205; 54:6-9, n.207; |
| Exhibit F | Entirety |
| Exhibit G | Entirety |
| Exhibit H | Entirety |
| Exhibit I | Entirety |
| Exhibit J | Entirety |
| Exhibit K | 6:12-13; 62:1-63:25: 65:1-66:25, 76:1-77:25; 89:1-25 |
| Exhibit L | 7:10-11; 96:2, 5-6, 9-12, 14-17, 21, 96:23-97: 17, 20-21 |
| Exhibit M | Entirety |
| Exhibit N | Entirety |
| Exhibit O | Entirety |
| Exhibit P | Entirety |
| Exhibit Q | Entirety |
| Exhibit R | 9:20-21; 75:1-77:25; 89:1-90:25; 96:1-25 |
| Exhibit S | Entirety |
| Exhibit T | Entirety |
| Exhibit U | Entirety |
| Exhibit V | Entirety |
| Exhibit W | 54:13-16; 68:20-69:9; 69:21-70:10; 107:7-16 |

1
[[PROPOSED] ORDER GRANTING ASUS'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ASUS OPP. TO IDC MOT. FOR SUMMARY JUDGMENT
CASE NO. 5:15-CV-01716-BLF

| | |
|---|---|
| Exhibit X | 4:27-5:9; 5:16-23; 5:25-6:3; 6:20-21; entirety of Appendices C and D |
| Exhibit Y | Entirety |
| Exhibit Z | Entirety |
| Exhibit AA | Entirety |
| Exhibit BB | 5:17-20; 68:1-25 |
| Exhibit CC | 47:15; 48:13-20; 51:13-14 |
| Exhibit DD | 8:18-25; 107:1-25 |
| Exhibit EE | 7:19-25; 27:1-28:25; 67:11-19 |
| Exhibit FF | Entirety |
| Exhibit GG | Entirety |
| Exhibit HH | Entirety |

SO ORDERED THIS ___ day of _____, 2018.

Hon. Beth Labson Freeman
United States District Judge