DAVID S. STEUER, State Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, State Bar No. 172329
mlevin@wsgr.com
MAURA L. REES, State Bar No. 191698
mrees@wsgr.com
MATTHEW R. REED, State Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

LUCY YEN, State Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

Attorneys for Defendants
*InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Patent Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION ; IPR LICENSING, INC. ; and INTERDIGITAL PATENT HOLDINGS, INC.,<br><br>    Defendants. | Case No.: 15-cv-1716 (BLF)<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY** |

TO THE HONORABLE BETH LABSON FREEMAN, UNITED STATES DISTRICT JUDGE, PLAINTIFFS, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-3(d), 7-11, and 7-12, Plaintiffs ASUS Computer International, and ASUSTeK Computer Incorporated, (collectively, "ASUS") and Defendants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc. (collectively, "InterDigital"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the motions for summary judgment filed by InterDigital and ASUS (Dkt. 231; Dkt. 234) were heard on October 11, 2018; and

WHEREAS, in the briefing on the summary judgment motions, both parties cited the UK trial court decision in *Unwired Planet Int'l Ltd. v. Huawei Technologies Co.*, EWHC 711 (Pat) (2017); and

WHEREAS, the English Court of Appeal issued a decision on October 23, 2018 dismissing the defendants' appeal of the trial court decision in *Unwired Planet International, Ltd. v. Huawei Technologies. Co.* (2018) EWCA (Civ) 2344 (Eng.), attached hereto as Exhibit A;

WHEREAS, Local Rule 7-3(d) requires Court approval to submit supplemental authority after the hearing on a motion; and

WHEREAS, the parties have conferred and agree that the decision by the English Court of Appeal in *Unwired Planet International, Ltd. v. Huawei Technologies. Co.* (2018) EWCA (Civ) 2344 (Eng.) should be submitted because it represents the decision on appeal in a case where both parties cited the trial court decision in their motion papers;

IT IS HEREBY STIPULATED AND AGREED by the parties that, subject to the Court's approval, the attached supplemental authority be submitted to the Court for consideration in connection with the pending motions for summary judgment.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated: October 31, 2018 | SIDLEY AUSTIN LLP |
| 2 | | |
| 3 | | By: /s/ Michael R. Franzinger |
| 4 | |     Michael R. Franzinger |

Brian R. Nester (pro hac vice)
bnester@sidley.com
Michael R. Franzinger (SBN 222155)
mfranzinger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Michael J. Bettinger (SBN 269141)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth (pro hac vice)
rcederoth@sidley.com
David C. Giardina (pro hac vice)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Attorneys for Plaintiffs
ASUS COMPUTER INTERNATIONAL,
ASUSTEK COMPUTER INCORPORATED

Dated: October 31, 2018                    WILSON SONSINI GOODRICH & ROSATI

By: /s/ Maura L. Rees
    Maura L. Rees

David S. Steuer, State Bar No. 127059
dsteuer@wsgr.com

---

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY     -3-     CASE NO.: 15-CV-1716 (BLF)

1  Michael B. Levin, State Bar No. 172329
   mlevin@wsgr.com
2  Maura L. Rees, State Bar No. 191698
   mrees@wsgr.com
3  Matthew R. Reed, State Bar No. 196305
   mreed@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
8  Lucy Yen, State Bar No. 224559
   lyen@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue of the Americas, 40th Floor
   New York, New York 10019-6022
11 Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
12
13 Attorneys for Defendants
   INTERDIGITAL, INC., INTERDIGITAL
14 COMMUNICATIONS, INC., INTERDIGITAL
   TECHNOLOGY CORPORATION, IPR
15 LICENSING, INC.; and INTERDIGITAL PATENT
   HOLDINGS, INC.

**ATTESTATION PURSUANT TO L.R. 5-1**

I, Maura L. Rees, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Date: October 31, 2018

By: */s/ Maura L. Rees*
　　Maura L. Rees

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Court, having read and considered the parties' Stipulated Motion for Leave to Submit Supplemental Authority, and finding good cause in support thereof, hereby GRANTS the parties' request for leave to submit *Unwired Planet International, Ltd. v. Huawei Technologies. Co.* (2018) EWCA (Civ) 2344 (Eng.), as supplemental authority.

Dated: November 1, 2018

_____
HON. BETH LABSON FREEMAN
United States District Judge