**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERDIGITAL, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  15-cv-01716-BLF<br><br>**ORDER STRIKING DEFENDANTS' REPLY BRIEF**<br><br>[Re: ECF 335] |

The excessive use of footnotes in Defendants' Reply brief (ECF 335) causes the brief to exceed the 15-page limit. Thus, the brief (and associated sealing motion at ECF 334) is stricken. Defendants may re-file a conforming brief wherein all footnotes are 12-point type and double spaced or deleted entirely. *See* Standing Order for Civil Cases. Should Defendants choose to re-file the brief and sealing motion, Defendants shall do so **no later than January 10, 2019**.

**IT IS SO ORDERED.**

Dated: December 20, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge