UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER RE: REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: ECF 341] |

The Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment; Denying Plaintiffs' Motion for Summary Judgment (ECF 341) has been filed provisionally under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties shall meet and confer no later than January 11, 2019 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on January 11, 2019, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: December 20, 2018

_____
BETH LABSON FREEMAN
United States District Judge