# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Local Rule 72-1, this matter is hereby REFERRED for assignment of a Magistrate Judge for settlement conference. The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____
BETH LABSON FREEMAN
United States District Judge