UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERDIGITAL, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER REASSIGNING CASE** |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the **Honorable Virginia K. DeMarchi** in the **SAN JOSE** division for all further proceedings. Counsel are instructed that all future filings shall bear the initials **VKD** immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be re-noticed for hearing before the judge to whom the case has been reassigned, but the re-noticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: December 21, 2018                    FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*
Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.