UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER GRANTING JOINT SUBMISSION OF PROPOSED REDACTIONS TO THE COURT'S SUMMARY JUDGMENT ORDER (ECF 341)**<br><br>[Re: ECF 352] |

Before the Court is the parties' Joint Submission of Proposed Redactions to the Court's summary judgment order (ECF 341). ECF 352. The Court has reviewed the parties' proposed redactions and the declarations of the designating parties submitted in support thereof and finds that the parties have articulated compelling reasons to seal a narrowly tailored portion of the Court's summary judgment order (ECF 341). Accordingly, the Court hereby GRANTS the parties' joint submission of proposed redactions at ECF 352, as depicted below.

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 341 (352-3) | Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment; Denying Plaintiffs' Motion for Summary Judgment | GRANTED as to the marked portions of the order at 6:9-10; 6:15-19; 6:23-25; 7:11; 7:13-14; 7:27-28; 9:26-10:6; 10:19-20; 10:22-11:1; 11:3; 11:5-20; 11:23-12:3; 12:9-10; 12:12-13; 12:15; 12:24-26; 13:9-12; 13:19-14:5; 14:9-10; 15:26-16:8; 16:16-17; 18:21-22; 18:26-19:2; 22:25-23:4; 23:6-8; 28:15-16; 28:21-25; 29:5-6; 29:21-25; 30:7-14; 30:17-18; 30:22; 30:24-25; 30:28; 31:1-10; 31:28. | The proposed redacted portions contain highly confidential information relating to the parties' patent licensing agreement, licensing negotiations, arbitration proceedings, and internal business practices. *See* Rees Decl. ¶¶ 5–8, ECF 352-1; Franzinger Decl. ¶¶ 3–4, ECF 353.<br><br>Disclosure of the information would cause substantial harm to the parties. Rees Decl. ¶¶ 3, 5–8; Franzinger Decl. ¶ 5. |

As such, the parties are directed to file the lesser redacted version of the Court's summary judgment order (ECF 341), consistent with this ruling, as a separate docket entry no earlier than 4 days, and no later than 10 days, from the date of this order.

**IT IS SO ORDERED.**

Dated: January 22, 2019

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

2