DAVID S. STEUER, State Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, State Bar No. 172329
mlevin@wsgr.com
MAURA L. REES, State Bar No. 191698
mrees@wsgr.com
MATTHEW R. REED, State Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

LUCY YEN, State Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorneys for Defendants
*InterDigital, Inc.; InterDigital Communications, Inc.;*
*InterDigital Technology Corporation; IPR Licensing, Inc.;*
*and InterDigital Patent Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; AND INTERDIGITAL PATENT HOLDINGS, INC.,<br><br>　　　　Defendants. | Case No.: 15-cv-1716 (BLF)<br><br>**JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE TO BE SCHEDULED ON FEBRUARY 14, 2019** |

1   Pursuant to Civil Local Rule 16-10(c), InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc. (collectively, "InterDigital" or "Defendants") and ASUS Computer International and ASUSTeK Computer Inc. (collectively, "ASUS" or "Plaintiffs") hereby request that a Case Management Conference ("CMC") be scheduled on February 14, 2019.  The parties will be before the Court during the morning on the same day for a *Daubert* hearing.

The last CMC in this matter was held on October 27, 2016.  The Court issued its order on the parties' summary judgment motions on December 20, 2018.  Dkt. No. 341.  The parties are scheduled to file motions *in limine* on March 21, 2019.  The Final Pretrial Conference is scheduled for April 4, 2019.  Trial is scheduled to start on May 6, 2019.

The parties believe that a case management conference would be helpful to the Court and the parties in connection with trial preparation on the disputes that remain between the parties. InterDigital seeks a CMC for February 14, 2019.  ASUS joins the motion for a CMC, but ASUS respectfully submits that a CMC would be most efficient if scheduled at a time convenient to the Court closer to, or on the same day as, the April 4, 2019 Final Pretrial Conference because ASUS expects the CMC issues will overlap significantly with motions *in limine*.

The parties are available for the requested conference on Thursday, February 14, 2019. As mentioned, the parties are already scheduled to appear before the Court on their respective *Daubert* motions on that date.  Additionally, the parties are hopeful that scheduling the CMC would minimize burden on the Court.

For these reasons, the parties respectfully request that a case management conference be scheduled for February 14, 2019.

Dated:  February 5, 2019           By:  /s/ *Lucy Yen*

Lucy Yen
Wilson Sonsini Goodrich & Rosati, P.C.

*Counsel for Defendants InterDigital Communications, Inc.; InterDigital Technology Corporation; IPR Licensing, Inc.; and InterDigital Holdings, Inc.*

Dated: February 5, 2019                    By: /s/ *Brian R. Nester*

Brian R. Nester
SIDLEY AUSTIN LLP

*Attorneys for Plaintiffs ASUS Computer International and ASUSTeK Computer Incorporated*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc. has obtained concurrence of Brian R. Nester, counsel for Plaintiffs ASUS Computer International and ASUSTeK Computer Inc., in the filing of this Joint Request for a Case Management Conference to be Scheduled on February 14, 2019.

Dated: February 5, 2019

By: /s/ *Lucy Yen*

Lucy Yen
Wilson Sonsini Goodrich & Rosati, P.C.

*Counsel for Defendants
InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc.*