DAVID S. STEUER, State Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, State Bar No. 172329
mlevin@wsgr.com
MAURA L. REES, State Bar No. 191698
mrees@wsgr.com
MATTHEW R. REED, State Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

LUCY YEN, State Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

Attorneys for Defendants
*InterDigital, Inc.; InterDigital Communications, Inc.;*
*InterDigital Technology Corporation; IPR Licensing, Inc.;*
*and InterDigital Patent Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; AND INTERDIGITAL PATENT HOLDINGS, INC.,<br><br>Defendants. | Case No.: 15-cv-1716 (BLF)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE TO BE SCHEDULED ON FEBRUARY 14, 2019** |

1      Having considered InterDigital, Inc., InterDigital Communications, Inc., InterDigital

2 Technology Corporation, IPR Licensing, Inc., and InterDigital Patent Holdings, Inc.'s

3 (collectively, "Defendants'") and ASUS Computer International and ASUSTeK Computer Inc.'s

4 (collectively, "Plaintiffs'"), (together, "the Parties'") February 5, 2019 Joint Request for a Case

5 Management Conference to be Scheduled on February 14, 2019, and all other papers filed in

6 support of the Request, the Court finds that good cause exists to schedule another Case

7 Management Conference to be held on February 14, 2019.

8      IT IS HEREBY ORDERED THAT the Parties' Request is GRANTED.

9

10      SO ORDERED THIS ___6th___ day of _____February_____, 2019.

11

12

Honorable Beth Labson Freeman

13 U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-