# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC., et al., <br><br> Defendants. | Case No. 15-cv-01716-BLF <br><br> **ORDER RE HEARING ON FEBRUARY 14, 2019** |

Due to the Court's highly impacted calendar the Court does not anticipate the *Daubert* hearing in this case beginning before 10:30 a.m. on Thursday, February 14, 2019.  Therefore, considering the inclement weather, the parties need only be prepared to begin oral argument by 10:30 a.m.  The Court has reserved additional time as needed in the afternoon of February 14, beginning at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: February 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge