UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER REGARDING THE PARTIES' JOINT PRETRIAL STATEMENT**<br><br>[Re: ECF 382] |

The parties have deferred to their jury instructions any discussion of the elements of their claims and defenses thus rendering the Joint Pretrial Statement at ECF 382 largely useless to the Court. This Court's standing order expressly requires a discussion of the elements of each claim or defense. Given the sparse pleading on many of these claims, the Court cannot reasonably consider the myriad issues presented in the Joint Pretrial Statement.

Thus, the parties are ORDERED to submit an amended joint pretrial statement that sets forth the elements of each claim or defense in conformance with the Court's standing order **no later than Tuesday, March 26, 2019**.

**IT IS SO ORDERED.**

Dated: March 22, 2019

_____
BETH LABSON FREEMAN
United States District Judge