# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01716-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR THURSDAY, MARCH 28, 2019, AT 2:00 P.M.** |

The Court hereby SETS a case management conference **for Thursday, March 28, 2019, at 2:00 P.M.** to discuss the trial schedule including the issue of bifurcation. The parties may appear telephonically through CourtCall. No case management conference statement is required.

**IT IS SO ORDERED.**

Dated: March 22, 2019

_____
BETH LABSON FREEMAN
United States District Judge