[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL PATENT HOLDINGS, INC.,<br><br>Defendants. | Case No. 15-cv-1716 (BLF)<br><br>**JURY MATERIALS**<br><br>Pretrial Conference Date: April 4, 2019<br>Time: 1:30 p.m.<br>**Judge: Hon. Beth Labson Freeman** |

Pursuant to Judge Freeman's Standing Order Re Final Pretrial Conference – Jury Trial, Plaintiffs ASUS Computer International and ASUSTeK Computer Incorporated (collectively, "ASUS") and Defendants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc. and InterDigital Patent Holdings, Inc. (collectively, "InterDigital"), submit the following Jury Materials:

| | |
|---|---|
| Appendix A | Jointly Proposed Preliminary Statement to the Jury |
| Appendix B | Jointly Proposed Jury Questionnaire |
| Appendix C | Jointly Proposed Jury Instructions |
| Appendix D | ASUS's Proposed Verdict Form |
| Appendix E | InterDigital's Proposed Verdict Form |

Dated: March 28, 2019 Respectfully submitted,

By: /s/ Brian R. Nester
    Brian R. Nester

By: s/ David S. Steuer
    David S. Steuer

Brian R. Nester (*pro hac vice*)
bnester@sidley.com
Michael R. Franzinger (SBN 222155)
mfranzinger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Michael J. Bettinger (SBN 269141)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
David C. Giardina (*pro hac vice*)
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Plaintiffs
*ASUS Computer International, and
ASUSTeK Computer Incorporated*

David S. Steuer, State Bar No. 127059
dsteuer@wsgr.com
Michael B. Levin, State Bar No. 172329
mlevin@wsgr.com
Maura L. Rees, State Bar No. 191698
mrees@wsgr.com
Matthew R. Reed, State Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Lucy Yen, State Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorneys for Defendants
*InterDigital, Inc.;
InterDigital Communications, Inc.;
InterDigital Technology Corporation;
IPR Licensing, Inc.; and
InterDigital Patent Holdings, Inc.*

**Attorney Attestation**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature of (/s/) of David S. Steuer within this e-filed document.

*/s/ Michael Franzinger*