UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date:  April 4, 2019 | Time: 3 Hrs - 1:30 – 4:30 | Judge: BETH LABSON FREEMAN |
|---|---|---|
| Case No.: 5:16-cv-01716-BLF | Case Name: ASUS Computer International v. InterDigital | |

**Attorney for Plaintiff:** Michael Bettinger, Michael Franzinger, Brian Nester, Nathan Greenblatt
**Attorney for Defendant:** David Steuer, Matthew Reed, Maura Rees, Michael Levin, Nancy Yen

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Irene Rodriguez

### PROCEEDINGS

- **Jury Panel – 60 Jurors to complete 1 page Hardship/Questionnaire 5/3/2019 at 9:00 a.m.**
  Jurors to be cleared through 5/21/2019
- **Jury Instruction Conference set for 5/1/2019 and 5/3/2019**
- **Parties to pick up questionnaires on 5/3/2019 for copying by 12:00 p.m. and return original plus one copy to court by 3:30 p.m.**

- **Voir Dire = 30 Minutes Each Side**
  3 Peremptory Challenges Each Side - 8 Jurors to be Seated
- **Opening Statements = 45 Minutes Each Side**
- **Closing Arguments = 1 ½ Hours Each Side**
- **Trial Limits = 15 Hours Each Side**

- **Modifications to Trial Questionnaire to be modified as stated on the record.**
  Parties to Deliver 40 copies of Final Trial Questionnaire to Courtroom Deputy no later than 2:00 pm on 5/1/2019.

- **Trial Schedule**
  5/03/2019 – Jury Questionnaire/Jury Instruction Conference   9:00 – 5:00
  5/06/2019 – Jury Trial    8:30 – 5:00
  5/07/2019 – Jury Trial   10:00 – 5:00
  5/08/2019 – Jury Trial    8:30 – 5:00
  5/09/2019 – Jury Trial    1:30 – 5:00
  5/10/2019 – Jury Trial    8:30 – 5:00
  5/13/2019 – Jury Trial    8:30 – 5:00
  5/14/2019 – Jury Trial   10:00 – 5:00
  5/15/2019 – Jury Trial    8:30 – 5:00
  5/16/2019 – Jury Trial    8:30 – 5:00
  5/17/2019 – Jury Trial    8:30 – 5:00
  5/20/2019 – Jury Trial    8:30 – 5:00
  5/21/2019 – Jury Trial    8:30 – 5:00

- **Pretrial Motions in Limine**
  Parties present oral arguments - written order to be issued on rulings as stated on the record.

///