[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL PATENT HOLDINGS, INC.,<br><br>Defendants. | Case No. 15-cv-1716 (BLF)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Hon. Beth Labson Freeman |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel of record, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, each party bearing its own fees and costs.

///

Respectfully submitted,

Dated: April 12, 2019                                   Dated: April 12, 2019


By: *Brian R. Nester*                                   By: *David S. Steuer*
    Brian R. Nester                                         David S. Steuer


Brian R. Nester (*pro hac vice*)                        David S. Steuer, State Bar No. 127059
bnester@sidley.com                                      dsteuer@wsgr.com
Michael R. Franzinger (SBN 222155)                      Michael B. Levin, State Bar No. 172329
mfranzinger@sidley.com                                  mlevin@wsgr.com
SIDLEY AUSTIN LLP                                       Maura L. Rees, State Bar No. 191698
1501 K Street, N.W.                                     mrees@wsgr.com
Washington, D.C. 20005                                  Matthew R. Reed, State Bar No. 196305
Telephone: (202) 736-8000                               mreed@wsgr.com
Facsimile: (202) 736-8711                               WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
Michael J. Bettinger (SBN 269141)                       650 Page Mill Road
mbettinger@sidley.com                                   Palo Alto, California 94304-1050
SIDLEY AUSTIN LLP                                       Telephone: (650) 493-9300
555 California Street                                   Facsimile: (650) 565-5100
Suite 2000
San Francisco, California 94104                         Lucy Yen, State Bar No. 224559
Telephone: (415) 772-1200                               lyen@wsgr.com
Facsimile: (415) 772-7400                               WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
Richard A. Cederoth (*pro hac vice*)                    1301 Avenue of the Americas, 40th Floor
rcederoth@sidley.com                                    New York, New York 10019-6022
David C. Giardina (*pro hac vice*)                      Telephone: (212) 999-5800
dgiardina@sidley.com                                    Facsimile: (212) 999-5899
SIDLEY AUSTIN LLP
One South Dearborn                                      Attorneys for Defendants
Chicago, IL 60603                                       *InterDigital, Inc.;*
Telephone: (312) 853-7000                               *InterDigital Communications, Inc.;*
Facsimile: (312) 853-7036                               *InterDigital Technology Corporation;*
                                                        *IPR Licensing, Inc.; and*
Attorneys for Plaintiffs                                *InterDigital Patent Holdings, Inc.*
*ASUS Computer International, and*
*ASUSTeK Computer Incorporated*

# [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED:**

Dated: April 15, 2019

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE